# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

In the matter of:

LOUIE IRON BEAR, Sr.

        Petitioner.

CV-15-80-GF-BMM

**ORDER**

Petitioner Louie Iron Bear, Sr. (Iron Bear) filed a Petition on September 18, 2015, seeking a writ of habeas corpus under the Indian Civil Rights Act of 1968, 25 U.S.C. §§ 1301, *et seq*. Iron Bear is a tribal prisoner proceeding *pro se*.

On September 23, 2015, United States Magistrate Judge John Johnston issued an Order directing Iron Bear to amend his Petition to name a proper Respondent on or before October 2, 2015. (Doc. 2 at 1). Judge Johnston also directed Iron Bear to set forth with specificity the claims he wished to pursue. *Id*. Judge Johnston warned Iron Bear that if he failed comply with the Court's Order in a timely fashion his Petition may be dismissed. (Doc. 2 at 1-2). Iron Bear did not respond to the Court's Order.

Judge Johnston entered Findings and Recommendations in this matter on November 23, 2015. (Doc. 3). Judge Johnston recommended that the Petition be dismissed based upon Iron Bear's failure to respond to the Court's Order. (Doc. 3

at 1). Iron Bear did not file objections to Judge Johnston's Findings and Recommendations.

The Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations, and adopts them in full.

Accordingly, IT IS ORDERED:

1. Iron Bear's Petition (Doc. 1) is DISMISSED with prejudice.

2. A certificate of appealability is DENIED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 6th day of January, 2016.

Brian Morris
United States District Court Judge